The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-0293JLR |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | ORDER CONTINUING TRIAL DATE |
| JASON LITTLE SKY JAMES, JR., | |
| Defendant. | |

THE COURT having held a pretrial conference and having considered the defendant's motion to continue the trial date and pretrial motions deadline, and the facts and circumstances described therein, which are hereby incorporated as findings of fact, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER CONTINUING TRIAL DATE - 1
CR17-293JRL; *U.S. v. Jason Little Sky James, Jr.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | (c) the additional time requested is a reasonable period of delay, as the defendant |
| 2 | has requested more time to prepare for trial, to investigate the matter, to gather evidence |
| 3 | material to the defense, and to consider possible defenses; and |
| 4 | (d) the case is sufficiently complex that it is unreasonable to expect adequate |
| 5 | preparation for pretrial proceedings or the trial itself within the current trial schedule, as |
| 6 | set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and |
| 7 | (e) the ends of justice will best be served by a continuance, and the ends of justice |
| 8 | outweigh the best interests of the public and the defendant in any speedier trial, |
| 9 | as set forth in 18 U.S.C. § 3161(h)(7)(A); and |
| 10 | (f) the additional time requested between the current trial date of January 22, 2018, |
| 11 | and the new trial date is necessary to provide counsel for the defendant the reasonable |
| 12 | time necessary to prepare for trial, given all of the facts set forth above; and |
| 13 | (g) the period of delay from the date of this [oral] motion to the new trial date is |
| 14 | excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). |
| 15 | // |
| 16 | // |
| 17 | // |

ORDER CONTINUING TRIAL DATE - 2
CR17-293JRL; *U.S. v. Jason Little Sky James, Jr.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS THEREFORE ORDERED that the trial date in this matter shall be continued
2 to April 30, 2018, and that pretrial motions shall be filed no later than February 8, 2018.
3     ORDERED this \_\_\_\_ day of January, 2018.

                                                                       JAMES L. ROBART
                                                                        United States District Court Judge

Presented by:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

*s/ Chantelle D. Dial*
CHANTELLE D. DIAL
Assistant United States Attorney

*s/ Todd Anderson*
TODD ANDERSON
Attorney for Defendant

ORDER CONTINUING TRIAL DATE - 3
CR17-293JRL; *U.S. v. Jason Little Sky James, Jr.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970